UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8280-WM

UNITED STATES OF AMERICA

v.

VICTOR SAMUEL SIQUINA-FUENTES
a/k/a Pedro Santiago Siquina-Siquina

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:  *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:     (561) 820-8777
Email:   RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| VICTOR SAMUEL SIQUINA-FUENTES a/k/a Pedro Santiago Siquina-Siquina | ) Case No. 21-8280-WM |
| *Defendant(s)* | ) |

FILED BY ____ D.C.
JUL 20 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ July 17, 2021 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) & (b)(2) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

TFO Andy Korzen, HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: July 20, 2021

_____
Judge's signature

City and state: West Palm Beach, FL     William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Victor Samuel SIQUINA-FUENTES, also known as Pedro Santiago SIQUINA-SIQUINA, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

3. On or about July 17, 2021, Victor Samuel SIQUINA-FUENTES was arrested in Palm Beach County, Florida for driving under the influence-causing damage to person/property, failure to register as a sex offender, leaving the scene of crash involving damage, and driving without a driver's license. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system resulting in a positive match for an individual previously removed from United States, that is, Victor Samuel SIQUINA-FUENTES.

4. A review of the immigration electronic records shows that Victor Samuel SIQUINA-FUENTES is a native and citizen of Guatemala. Records further show that on or about July 5, 2011, Victor Samuel SIQUINA-FUENTES was ordered removed from the United States. The Order of Removal was executed on or about July 13, 2011, whereby Victor Samuel SIQUINA-FUENTES was removed from the United States and returned to Guatemala.

5. Records further show that on or about August 3, 2007, in the Circuit Court of the State of Oregon, for the County of Marion, Victor Samuel SIQUINA-FUENTES was convicted of the felony offense of Rape in the Third Degree, case number 07C44524.

6. Victor Samuel SIQUINA-FUENTES's fingerprints taken in connection with his July 17, 2021 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, that is Victor Samuel SIQUINA-FUENTES.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Victor Samuel SIQUINA-FUENTES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Victor Samuel SIQUINA-FUENTES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about July 17, 2021, Victor Samuel SIQUINA-FUENTES, an alien who was previously deported and removed from the United States, was found in the United States

2

without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 20th day of July 2021.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE